```
1   CATHERINE CORTEZ MASTO
    Attorney General
2   KELLY S. WERTH
    Deputy Attorney General
3   Nevada Bar No. 6860
    Bureau of Litigation
4   100 N. Carson Street
    Carson City, Nevada 89701-4717
5   Tel: (775) 684-1260
    Fax: (775) 684-1275
6
    Attorneys for Defendant Abraham Lopez
7
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARZ MITCHELL,<br><br>            Plaintiff,<br><br>vs.<br><br>ABRAHAM LOPEZ, et al.<br><br>            Defendants. | Case No. 3:08-cv-00382-ECR-RAM<br><br>ORDER GRANTING<br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

It is stipulated and agreed by and between Plaintiff, Tarz Mitchell, by and through his attorney of record, Travis N. Barrick, Esq., of Gallian, Wilcox, Welker, Olson & Beckstrom, L.C., and Defendant Abraham Lopez, by and through his counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Kelly S. Werth, Deputy Attorney General, that Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. §1983, Docket No. 6, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as the parties have reached a settlement.

/ / /
/ / /
/ / /
/ / /
/ / /

1       Each party shall bear their own attorney's fees and costs.

2

3  GALLIAN, WILCOX, WELKER,
   OLSON & BECKSTROM, L.C.
4

5  By: _____   Date: 10/10/11
6  TRAVIS N. BARRICK, ESQ.
   540 E. St. Louis Avenue
7  Las Vegas, Nevada 89104
   Tel: (702) 892-3500
8  Fax: (702) 386-1946

9  *Attorneys for Plaintiff*

10

11
   CATHERINE CORTEZ MASTO
12 Attorney General

13 By: _____   Date: Oct. 10, 2011
14 KELLY S. WERTH
   Deputy Attorney General
15 Nevada Bar No. 6860
   Bureau of Litigation
16 100 North Carson Street
   Carson City, Nevada 89701-4717
17 Tel: (775) 684-1260
   Fax: (775) 684-1275

18 *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28

**ORDER FOR DISMISSAL WITH PREJUDICE**

Having considered the preceding **STIPULATION FOR DISMISSAL WITH PREJUDICE**, as agreed to by the parties hereinabove, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated this 17th day of October 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717