1  CATHERINE CORTEZ MASTO
   Attorney General
2  KELLY S. WERTH
   Deputy Attorney General
3  Nevada Bar No. 6860
   Bureau of Litigation
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel:  (775) 684-1260
   Fax: (775) 684-1275
6
   *Attorneys for Defendant Abraham Lopez*
7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF NEVADA**

11 TARZ MITCHELL,                    )    Case No.  **3:08-cv-00382-ECR-RAM**
                                     )         ORDER GRANTING
12              Plaintiff,           )    **STIPULATION AND ORDER FOR**
                                     )    **DISMISSAL WITH PREJUDICE**
13     vs.                           )
                                     )
14 ABRAHAM LOPEZ, et al.             )
                                     )
15              Defendants.          )
                                     )
16 ─────────────────────────────────

17         It is stipulated and agreed by and between Plaintiff, Tarz Mitchell, by and through his

18 attorney of record, Travis N. Barrick, Esq., of Gallian, Wilcox, Welker, Olson & Beckstrom,

19 L.C., and Defendant Abraham Lopez, by and through his counsel, Catherine Cortez Masto,

20 Attorney General of the State of Nevada, and Kelly S. Werth, Deputy Attorney General, that

21 Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. §1983, Docket No. 6, be dismissed

22 with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as the parties have reached a

23 settlement.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    Each party shall bear their own attorney's fees and costs.

2

3    GALLIAN, WILCOX, WELKER,
     OLSON & BECKSTROM, L.C.

4

5    By: _____   Date: 10/10/11

6    TRAVIS N. BARRICK, ESQ.
     540 E. St. Louis Avenue

7    Las Vegas, Nevada 89104
     Tel: (702) 892-3500

8    Fax: (702) 386-1946

9    *Attorneys for Plaintiff*

10

11   CATHERINE CORTEZ MASTO
     Attorney General

12

13   By: _____   Date: Oct. 10, 2011

14   KELLY S. WERTH
     Deputy Attorney General

15   Nevada Bar No. 6860
     Bureau of Litigation

16   100 North Carson Street
     Carson City, Nevada 89701-4717

17   Tel: (775) 684-1260
     Fax: (775) 684-1275

18   *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER FOR DISMISSAL WITH PREJUDICE**

Having considered the preceding **STIPULATION FOR DISMISSAL WITH PREJUDICE,** as agreed to by the parties hereinabove, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated this 17th day of October 2011.

*Edward C. Reed.*

UNITED STATES DISTRICT JUDGE